LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DAVIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY,<br><br>　　　　Defendants. | Case No. C 06 0619 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.**<br><br>**HON. MARTIN J. JENKINS** |

　　　　NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice **ONLY** defendants **ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.,** from the above-captioned action.

Dated: June 15, 2006                    **LEVIN SIMES KAISER & GORNICK LLP**


　　　　　　　　　　　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　　　Dennis J. Canty
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

6/19/2006

IT IS SO ORDERED
Judge Martin J. Jenkins

**VOLUNTARY DISMISSAL**                                                                                           **PAGE 1**